IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| JAMES E. STEVENS and PATRICIA M. STEVENS, | § § § |
| Plaintiffs, | § § |
| VS. | §   NO. 4:12-CV-594-A § |
| WELLS FARGO BANK, N.A. and BANK OF AMERICA, | § § § |
| Defendants. | § |

### FINAL JUDGMENT

Consistent with the memorandum opinion and order signed by the court in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiffs, James E. Stevens and Patricia M. Stevens, against defendants, Wells Fargo Bank, N.A., and Bank of America, be, and are hereby, dismissed with prejudice.

SIGNED November 27, 2012.

_____
JOHN McBRYDE
United States District Judge